Filed 9/4/25  In re Alderete on Habeas Corpus CA5

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F090071 |
| JULIAN ALDERETE, | (Tulare Super. Ct. No. VCF246720A) |
| On Habeas Corpus. | **OPINION** |

### THE COURT[*]

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Julian Alderete, in pro. per., for Petitioner.

Rob Bonta, Attorney General, and Hannah Janigian Chavez, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal under the doctrine of constructive filing or relief from default under the Sixth Amendment's right to counsel. (*In re Benoit* (1973) 10 Cal.3d 72, 81–82; *Roe v. Flores-Ortega* (2000) 528 U.S. 470, 480.)  The Attorney General was given an opportunity to file an opposition to the request

---

[*] Before Detjen, Acting P. J., Peña, J. and Fain, J.[†]

[†] Judge of the Fresno Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

and told that its failure to do so would be treated as consent to the requested relief being granted without further proceedings.  The Attorney General provided a response on August 4, 2025, stating it was not opposing petitioner's request to file a belated notice of appeal from the February 6, 2025 order denying resentencing.

The Attorney General's concession, in accordance with our order filed on July 16, 2025, is deemed to constitute an agreement that the requested relief ought to be granted without further proceedings.  (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

Accordingly, we conclude petitioner is entitled to relief with respect to filing a belated appeal from the February 6, 2025 ruling.  To the extent petitioner is seeking a belated appeal from his original conviction and sentence from 2011, the request is denied.

## DISPOSITION

Petitioner is granted leave to file a notice of appeal on or before 60 days from the date of this order in Tulare County Superior Court action No. VCF246720A relating to an appeal arising from the resentencing hearing held on February 6, 2025.

Let a writ of mandate issue directing the Clerk of the Tulare County Superior Court to file said request in its action No. VCF246720A, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days of the date of this order.

This opinion is final forthwith as to this court.